JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Zenith Products Corp.

**DEFENDANTS**
Elite Home Fashions, LLC

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Gwinnett
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Panitch Schwarze Belisario & Nadel LLP, One Commerce Square,
2005 Market Street, Philadelphia, PA  19103-7086 (215) 965-1330

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Sec. 271
Brief description of cause:  Patent Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ To be determined, triple damages,

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): injunction.
JUDGE _____   DOCKET NUMBER _____

DATE
11/03/2008

SIGNATURE OF ATTORNEY OF RECORD
(PA ID# 202405)

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Zenith Products Corp.<br>400 Lukens Drive<br>New Castle, Delaware 19720 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | CIVIL ACTION NO. _____ |
| vs. | )<br>) | |
| Elite Home Fashions, LLC<br>4200 Steve Reynolds Blvd.,<br>Suite # 14<br>Norcross, Georgia 30093 | )<br>)<br>)<br>)<br>) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, Zenith Products Corp. ("Zenith"), brings this Complaint for patent infringement against Defendant Elite Home Fashions, LLC ("Elite"), as outlined below.

## THE PARTIES

1.      Plaintiff Zenith Products Corp. is a Delaware corporation having a principal place of business located at 400 Lukens Drive, New Castle, Delaware 19720.

2.      Upon information and belief, Defendant Elite Home Fashions, LLC is a Georgia Limited Liability Company having a principal place of business located at 4200 Steve Reynolds Blvd., Suite #14, Norcross, Georgia 30093.

{00085892;v1}

**JURISDICTION AND VENUE**

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331-32 and 1338(a).  Personal jurisdiction is proper pursuant to 42 Pa.C.S. § 5322.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) and § 1400(b) in that, upon information and belief, infringing activities occurred in this district.


**FACTS**

5.      Plaintiff is the owner of U.S. Patent No. D542,897, issued by the United States Patent and Trademark Office on May 15, 2007, entitled, "Curved Shower Rod" (hereinafter "the '897 patent").

6.      The '897 patent is valid and enforceable.  The term of the '897 patent is set to expire on May 15, 2021.  A true and correct copy of the '897 patent is attached to this Complaint as Exhibit A.

7.      Plaintiff is the assignee of all right, title, and interest in and to the '897 patent and possesses all rights of recovery under the '897 patent, including the right to sue for infringement and recourse for damages.

8.      Defendant has used, manufactured, sold, offered for sale, and/or imported at least a curved shower rod ("Infringing Product") in the U.S.

9.      On or about October 23, 2008, Plaintiff's representative in the Commonwealth of Pennsylvania visited Target Corporation's website www.target.com and found an offer for sale of a curved shower rod entitled "Curved Shower Rod" (http://www.target.com/Rod-Curtain-Ring-3-Set/dp/B00192A6XY/sr=1-14/qid=1224703065/ref=sr_1_14/602-7280191-6195858?ie=UTF8&index=target&rh=k%3Ashower%20rod&page=1).  A copy of the offer for sale of the infringing product from Target Corporation's website is attached hereto as Exhibit B.

Upon information and belief, the product available through www.target.com was offered for sale and/or sold by Defendant to Target Corporation. Upon information and belief, Defendant is aware of the offer for sale of the Infringing Product on Target Corporation's website.

10. Defendant has not sought, nor obtained, a license under the '897 patent and is not authorized or permitted to market, manufacture, use, offer for sale, sell or import the invention claimed in the '897 patent.

## COUNT I
## INFRINGEMENT OF THE '897 PATENT

11. Plaintiff realleges and incorporates by reference paragraphs 1 through 10 of this Complaint as though fully set forth herein.

12. The claim of the '897 patent is presumed valid pursuant to 35 U.S.C. § 282.

13. Defendant, in violation of 35 U.S.C. § 271, has been and is currently infringing, contributorily infringing and/or inducing others to infringe the claim of the '897 patent, either literally or under the doctrine of equivalents, by making, causing to be made, using, offering for sale, selling and/or importing into the United States, without license or authority, at least the Infringing Product, which is claimed in the '897 patent.

14. Defendant has willfully infringed and, upon information and belief, will continue to willfully infringe upon the claim of the '897 patent by the use, manufacture, offer for sale, sale, and/or importation of the Infringing Product unless this Court enjoins Defendant's infringing activities.

15. As a result of the Defendant's willful infringement of the '897 patent, Plaintiff has been damaged to an extent not yet determined.

16.     Plaintiff is entitled to monetary damages adequate to compensate Plaintiff for the infringement of the Defendant, increased damages under 35 U.S.C. § 284, together with interest, costs, and attorneys fees, and is entitled to enjoin Defendant from further infringement of the '897 patent.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests all legal and equitable relief as may be recoverable for the foregoing offenses, including:

(a)     a judgment that Defendant infringes the claim of the '897 patent;

(b)     a permanent injunction enjoining Defendant, and those in active concert or participation with it, from infringing the '897 patent;

(c)     an accounting for damages arising from the infringement of the '897 patent by the Defendant and those in privity with it;

(d)     an award of damages adequate to compensate for the infringement of the '897 patent, together with prejudgment and post-judgment interest thereon, and costs fixed by the Court, as provided by 35 U.S.C. § 284;

(e)     a judgment that the infringement of the '897 patent was and is willful, and an award to Plaintiff of increased damages in accordance with 35 U.S.C. § 284;

(f)     an accounting and payment by Defendant to Plaintiff of all profits realized by Defendant from the unlawful acts complained of herein pursuant to 35 U.S.C. § 289;

(g)     a declaration that this is an exceptional case and that Plaintiff be granted reasonable attorneys' fees in accordance with 28 U.S.C. § 285; and

(h)     a grant to Plaintiff of any such other relief as the Court may deem just, equitable, or proper.


## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Plaintiff hereby demands a trial by jury on all issues so triable.


Respectfully submitted,

Date: November 3, 2008                    By:

John D. Simmons (ID No. 202405)
Martin G. Belisario (ID No. 62641)
PANITCH SCHWARZE BELISARIO & NADEL L.L.P.
One Commerce Square
2005 Market Street - Suite 2200
Philadelphia, PA  19103-7086
Telephone: (215) 965-1330
Direct Dial:  (215) 965-1268
Facsimile: (215) 965-1331
E-Mail: jsimmons@panitchlaw.com


*Attorneys for Plaintiff*
Zenith Products Corp.

5

# EXHIBIT A

US00D542897S

(12) **United States Design Patent**   (10) Patent No.:   **US D542,897 S**
Harwanko                               (45) Date of Patent:  ** **  May 15, 2007

(54) **CURVED SHOWER ROD**

(75) Inventor:   **Jeffrey Harwanko**, Wilmington, DE
                 (US)

(73) Assignee:   **Zenith Products Corp.**, New Castle,
                 DE (US)

(**) Term:       **14 Years**

(21) Appl. No.:  29/255,971

(22) Filed:      **Mar. 14, 2006**

(51) LOC (8) Cl. .................................... **23-02**
(52) U.S. Cl. ....................................... **D23/304**
(58) **Field of Classification Search** ............... D23/283,
                 D23/303–34; 4/552, 596–597, 610, 615,
                 4/900, DIG. 15; D8/376
                 See application file for complete search history.

(56)                 **References Cited**

                 U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,675,111 A | 1/1928 | Kenney |
| D119,576 S | 3/1940 | Kirsch |
| 2,383,104 A | 8/1945 | Allen |
| 2,778,030 A | 1/1957 | Goche |
| 3,107,361 A | 10/1963 | Glutting, Sr. |
| 3,864,760 A * | 2/1975 | Bowen .......................... 4/597 |
| 4,229,842 A * | 10/1980 | Gilmore ........................ 4/610 |
| 4,461,056 A * | 7/1984 | Solinski ........................ 4/610 |

| | | |
|---|---|---|
| 4,754,504 A | 7/1988 | Cellini |
| 5,103,531 A | 4/1992 | Perrotta |
| D397,928 S | 9/1998 | Wise |
| 5,894,610 A | 4/1999 | Winter |
| D426,142 S | 6/2000 | Moore |
| 6,216,287 B1 | 4/2001 | Wise |
| 6,263,523 B1 | 7/2001 | Moore |
| D483,251 S | 12/2003 | Suero, Jr. |
| 6,694,543 B2 | 2/2004 | Moore |
| D498,663 S | 11/2004 | Moore |

* cited by examiner

*Primary Examiner*—Robert A. Delehanty
(74) *Attorney, Agent, or Firm*—Akin Gump Strauss Hauer
& Feld, LLP

(57)                 **CLAIM**

The ornamental design for a curved shower rod, as shown
and described.

                 **DESCRIPTION**

FIG. **1** is a top perspective view of a curved shower rod in
accordance with my new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a bottom plan view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a left-side elevational view thereof; and,
FIG. **7** is a right-side elevational view thereof.

                 **1 Claim, 3 Drawing Sheets**





*Fig. 1*

*Fig. 7*

*Fig. 6*



*Fig. 2*

*Fig. 3*



*Fig. 4*

*Fig. 5*

# EXHIBIT B



All Products ▼ | GO

Sign In | New Guest?

Save 10% today when you open a REDcard℠ credit account. ▸ LEARN MORE

◂◂ Previous Page

**Browse Similar Items**

Shower Curtain Hooks + Rods
White Shower Curtains
White Bath
Shower Curtain Hooks



⊙ VIEW LARGER IMAGE

## Rod/Curtain/Ring 3-in-1 Set - Chrome

### $39.99

**Quantity:** [ 1 ]

**+ Add to Cart**

— OR —

Sign-in for 1-Click

**+ Add to Club Wedd**
**+ Add to Target Baby**
**+ Add to TargetLists**

**Availability :**
Usually ships within 3 to 5 days
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Includes Shower Curtain Rod, Vinyl Liner, Shower Curtain Rings
- Bright White
- Wipe Clean with a Damp Cloth
- Curved Rod Extends to 72 "

**Better Together**

Buy this Rod/Curtain/Ring 3-in-1 Set - Chrome with White Waffle-Weave Fabric Shower Curtain today!





Rod/Curtain/Ring 3-in-1 Set      White Waffle-Weave Fabric

Total List Price: $64.98
**Buy Together Today: $64.98**

BUY BOTH NOW

- Chrome
Our Price: **$39.99**

Shower Curtain
Our Price: **$24.99**

### Guests Who Bought This Item Also Bought







free shipping

White Waffle-Weave Fabric
Shower Curtain

Our Price: **$24.99**

Shower Curtain
Hooks (12-pk.)

Our Price: **$9.79**

Frosty Clear Vinyl
Shower Curtain Liner

Our Price: **$6.99**

No Mildew Shower
Curtain Liner - Clear

Our Price: **$9.99**

### Guest Reviews

**Write an online review** and share your thoughts with other guests.

---

**E-mail Exclusives**
Sign up to receive special offers and promotions from Target.

E-mail address:  GO

**GiftGiving**

Gift Giving
TargetLists

Club Wedd Registry
Target Baby Registry

Gift Wrap

**The REDcards**



Apply Now
Manage My Account
Card Benefits
Target Business Card

**Target Stores**

Find a Store
Weekly Ad
SuperTarget Coupons + Specials
Photo
Portrait Studio
Optical
Health
Pharmacy
See All

**Company Information**

About Target
Our Values
Careers
Community
News
Investors
Diversity
Affiliates
Team Member Services

**Help**

Track an Order
Return an Item
Contact Us
Shipping
Product Recalls
My Account
See All

© 2008 Target.com. All rights reserve
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, In
Powered by Amazon.co

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**